872

No. 09–11287. CROWDER v. DAVIS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09–11288. FULTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11289. CUMMINGS-EL v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–11290. MAHAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11291. SEARS v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 09–11292. SANDOVAL v. HOLINKA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 09–11294. MCRAE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11295. BOSEMAN v. BAZZLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09–11296. DEAN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 09–11297. DALTON v. BALLARD, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 09–11298. EWING v. UNITED STATES POSTAL SERVICE. C. A. 6th Cir. Certiorari denied.

No. 09–11299. BROOKS v. POULOS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11300. DILLARD v. SANCHEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11301. DORSEY v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.